# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☑ 5th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Kristy L. Danboise     JOINT DEBTOR: _____     CASE NO.: 24-22193-MAM

SS#: xxx-xx- 5908          SS#: xxx-xx-_____

## I.   NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,250.60 _____ for months 1 to 5 ;

2.   $1,337.65 _____ for months 6 to 60 ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE     ☐ PRO BONO

| Total Fees: | $6,800.00 | Total Paid: | $192.00 | Balance Due: | $6,608.00 |
|---|---|---|---|---|---|

Payable   $112.00 _____ /month (Months 1 to 59 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5,200 + $800 MTV + $800 Mot Det Int.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.   SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1.   Creditor: Santander Consumer USA, Inc | |
|---|---|
| Address: Po Box 961245, Fort worth, TX 76161 | Arrearage/ Payoff on Petition Date  $42,254.67 |
| | Payoff (Including 9.5% monthly interest)  $846.70  /month (Months 1 to 5 ) |
| Last 4 Digits of Account No.:   7351 | Payoff (Including 9.5% monthly interest)  $891.13  /month (Months 6 to 60 ) |
| Other:   interest rate determined by separate Order.  Payments total $53,245.80 | |

Debtor(s): Kristy L. Danboise                    Case number: 24-22193-MAM

---

☐ Real Property                                         Check one below for Real Property:

    ☐ Principal Residence                            ☐ Escrow is included in the regular payments

    ☐ Other Real Property                            ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:


☒ Personal Property/Vehicle

Description of Collateral: 2023 CHEVY COLORADO

---

**B.  VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

    **1.  REAL PROPERTY:** ☒ NONE

    **2.  VEHICLES(S):** ☒ NONE

    **3.  PERSONAL PROPERTY:** ☐ NONE

| 1.  Creditor: Connexus Credit Union | Value of Collateral: $10,000.00 | **Payment** | |
|---|---|---|---|
| Address: Po Box 8026, Wausau, WI 54402 | Amount of Creditor's Lien: $21,761.98 | Total paid in plan: $12,601.20 | |
| Last 4 Digits of Account No.: 6390 | Interest Rate: 9.50% | $178.21 /month (Months 1 to 5 ) | |
| Description of Collateral: 2018 FOREST RIVER SURVEYOR | | $212.91 /month (Months 6 to 60 ) | |
| Check one below: ☐ Claim incurred less than one year pre-petition  ☒ Claim incurred 1 year or more pre-petition | | | |

**C.  LIEN AVOIDANCE** ☒ NONE

**D.  SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor as to these creditors.

    ☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | ReedomRoad Financial | 3800 | 2019 Husqvarna TC 65 |
| 2. | Synchrony Bank | 8724 | 2021 KTM Motorcycle(per claim #19) not in Debtor's possession |

**E.  DIRECT PAYMENTS** ☒ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☒ NONE

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    Pay ____ $112.00 ____ /month (Months 60 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): Kristy L. Danboise _____    Case number: 24-22193-MAM

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED:  ☒ NONE

**VI.** **STUDENT LOAN PROGRAM** ☒ NONE

**VII.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ☒ NONE

**VIII.** **INCOME TAX RETURNS AND REFUNDS:**

☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____    _____ Joint Debtor  _____
Kristy L. Danboise                              Date                                                                                    Date

_____             2/11/25
Attorney with permission to sign on          Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.